IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIMBERLY CRISWELL　　　　　　　　　　　　　　　　　　　　PLAINTIFF
O/B/O J.D.O. (minor)

v.　　　　　　　　　　　CIVIL NO. 17-2174

NANCY A. BERRYHILL　　　　　　　　　　　　　　　　　　　DEFENDANT
Acting Commissioner, Social Security Administration

## JUDGMENT

For reasons stated in a memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

**IT IS SO ORDERED AND ADJUDGED this 13th day of February 2019.**

　　　　　　　　　　　　　　　　　/s/　*Erin L. Wiedemann*
　　　　　　　　　　　　　　　　　HON. ERIN L. WIEDEMANN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE